CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

IVANA DJAK (NYBN 5516687)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3918
    FAX: (510) 637-3724
    ivana.djak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 26-CR-191 AMO |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 1, 2026, TO JULY 6, 2026 |
|     v. | |
| ANDRE DUPREE, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Andre Dupree, that time be excluded under the Speedy Trial Act from July 6, 2026, through August 17, 2026. At the status conference held on July 6, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing discovery. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until August 17, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice are served by excluding the time from July 6, 2026, through August 17, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 26-CR-191 AMO

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:        July 6, 2026                        /s/_____
                                                 IVANA DJAK
                                                 Assistant United States Attorney


DATED:        July 6, 2026                        /s/_____
                                                 JOHN PAUL REICHMUTH
                                                 Counsel for Defendant


[~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on June 1, 2026 and for good cause shown, the Court finds that failing to exclude the time from July 6, 2026, through August 17, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 6, 2026, through August 17, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 6, 2026, through August 17, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED: ___7/7/2026_____                        _____
                                                 HON. ARACELI MARTINEZ-OLGUÍN
                                                 United States District Judge


STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 26-CR-191 AMO